# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 23-cr-20019

v.                                     Judith E. Levy
                                     United States District Judge

Clemerson Epifanio Soares,

                Defendant.

_____/

## ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES

Before the Court is Defendant Clemerson Soares's unopposed motion for an order authorizing non-custodial travel expenses. (ECF No 28.) The Court finds that Defendant is indigent and lacks sufficient funds to appear in the Eastern District of Michigan for prosecution. *See* 18 U.S.C. § 4285. Accordingly, Defendant's motion is GRANTED.

IT IS ORDERED that the United States Marshals Service furnish Defendant with non-custodial transportation or the fare for such transportation, pursuant to 18 U.S.C. § 4285, from Saugus, Massachusetts to Ann Arbor, Michigan for his Sentencing Hearing on August 14, 2023 at 3:00 p.m.

Dated: July 11, 2023　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2023.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager